**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/11/19 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  RAYMOND J. CIESLEWICZ, SR.<br>  PAMELA CIESLEWICZ<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  RAYMOND J. CIESLEWICZ, SR.<br>  PAMELA CIESLEWICZ<br><br>       Respondents | Case No.13-24959TPA<br><br><br>Chapter 13<br><br><br>Document No. 122 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 11th day of March, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

>Wal-Mart Stores Inc*
>Attn: Payroll Manager
>Pob 82*
>Bentonville,AR 72712-

is hereby ordered to immediately terminate the attachment of the wages of RAYMOND J. CIESLEWICZ, SR., social security number XXX-XX-2452.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RAYMOND J. CIESLEWICZ, SR..

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-24959-TPA
Raymond J. Cieslewicz, Sr.                                          Chapter 13
Pamela Cieslewicz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: mgut              Page 1 of 1           Date Rcvd: Mar 11, 2019
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db/jdb          +Raymond J. Cieslewicz, Sr.,    Pamela Cieslewicz,    2814 Milburn St.,
                 McKeesport, PA 15132-5929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko     on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk     on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum     on behalf of Joint Debtor Pamela   Cieslewicz SAK@SAKLAW.COM
              Stanley A. Kirshenbaum     on behalf of Debtor Raymond J. Cieslewicz, Sr. SAK@SAKLAW.COM
                                                                                              TOTAL: 12