FILED
3/14/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Raymond J. Cieslewicz, Sr. ) | Case No.: 13-24959 TPA |
| Pamela Cieslewicz ) | |
|     Debtors ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Movant, ) | Related Document No. 116 |
|     Vs. ) | |
| Raymond J. Cieslewicz, Sr. ) | |
| Pamela Cieslewicz ) | |
|     Respondents ) | |

TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 21, 2018 (document no. 116) is hereby WITHDRAWN. The continued hearing scheduled for March 27, 2019 is hereby CANCELLED.

Respectfully submitted,

3-13-2019   /s/ Ronda J. Winnecour
date    Ronda J. Winnecour (PA I.D. #30399)
    Attorney and Chapter 13 Trustee
    U.S. Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com

SO ORDERED
March 14, 2019

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-24959-TPA
Raymond J. Cieslewicz, Sr.                                                Chapter 13
Pamela Cieslewicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                Page 1 of 1             Date Rcvd: Mar 14, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Raymond J. Cieslewicz, Sr.,    Pamela Cieslewicz,    2814 Milburn St.,
                 McKeesport, PA 15132-5929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Joint Debtor Pamela  Cieslewicz SAK@SAKLAW.COM
              Stanley A. Kirshenbaum    on behalf of Debtor Raymond J. Cieslewicz, Sr. SAK@SAKLAW.COM
                                                                                             TOTAL: 12