Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Raymond J. Cieslewicz Sr.** : | Case No. 13−24959−TPA |
| **Pamela Cieslewicz** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 129 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/10/19 at 12:00 PM |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 1st of May, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 129 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before June 17, 2019**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***July 10, 2019 at 12:00 PM*** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24959-TPA
Raymond J. Cieslewicz, Sr.                                            Chapter 13
Pamela Cieslewicz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: vson            Page 1 of 2            Date Rcvd: May 01, 2019
                                Form ID: 300a         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         +Raymond J. Cieslewicz, Sr.,    Pamela Cieslewicz,    2814 Milburn St.,
                 McKeesport, PA 15132-5929
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756481       +BANK OF AMERICA,    7105 CORPORATE DR,    PLANO, TX 75024-4100
13827305        Bank of America, N.A.,    450 American St.,    Simi Valley, CA 93065-6285
14899136       +CARRINGTON MORTGAGE SERVICES, LLC,    PO BOX 3730,    Anaheim, CA 92803-3730
13756482       +CITY OF MCKEESPORT,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13816496       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756483       +MCKEESPORT SCHOOL DIST,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13756484        MONEY STORE,    C/O HAYT HAYT & LANDAU,    400 MARKET SIXTH FL,    PHILADELPHIA, PA 19106-2513
13756485       +PHELAN HALLINAN LLP,    ONE PENN CENTER STE 1400,    1617 JOHN F KENNEDY BLVD,
                 PHILADELPHIA, PA 19103-1821
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13807073       +E-mail/Text: kburkley@bernsteinlaw.com May 02 2019 03:37:35      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV
cr              Bank of America, N.A.
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Debtor Raymond J. Cieslewicz, Sr. SAK@SAKLAW.COM
```

```
District/off: 0315-2          User: vson                 Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: 300a              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stanley A. Kirshenbaum    on behalf of Joint Debtor Pamela   Cieslewicz SAK@SAKLAW.COM
                                                                                                                                                           TOTAL: 13