Form 317 (63b–D)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Raymond J. Cieslewicz Sr.**  :  Case No. 13–24959–TPA
**Pamela Cieslewicz**  :  Chapter: 13
  *Debtor(s)*  :
  :
  :
  :

## ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a **Certification of Discharge Eligibility**.

    **AND NOW**, this **The 18th of June, 2019**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor
    All Creditors and Parties in Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 13-24959-TPA
Raymond J. Cieslewicz, Sr.                                      Chapter 13
Pamela Cieslewicz
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: vson                 Page 1 of 1               Date Rcvd: Jun 18, 2019
                              Form ID: 317               Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Raymond J. Cieslewicz, Sr.,    Pamela Cieslewicz,    2814 Milburn St.,
                 McKeesport, PA 15132-5929
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756481       +BANK OF AMERICA,    7105 CORPORATE DR,    PLANO, TX 75024-4100
13827305        Bank of America, N.A.,    450 American St.,    Simi Valley, CA 93065-6285
14899136       +CARRINGTON MORTGAGE SERVICES, LLC,    PO BOX 3730,    Anaheim, CA 92803-3730
13756482       +CITY OF MCKEESPORT,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13816496       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756483       +MCKEESPORT SCHOOL DIST,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13756484        MONEY STORE,    C/O HAYT HAYT & LANDAU,    400 MARKET SIXTH FL,    PHILADELPHIA, PA 19106-2513
13756485       +PHELAN HALLINAN LLP,    ONE PENN CENTER STE 1400,    1617 JOHN F KENNEDY BLVD,
                 PHILADELPHIA, PA 19103-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13807073       +E-mail/Text: kburkley@bernsteinlaw.com Jun 19 2019 02:49:10      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA
cr             BANK OF AMERICA, N.A.
cr             BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV
cr             Bank of America, N.A.
                                                                                              TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J.  Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Debtor Raymond J. Cieslewicz, Sr. SAK@SAKLAW.COM
              Stanley A. Kirshenbaum    on behalf of Joint Debtor Pamela  Cieslewicz SAK@SAKLAW.COM
                                                                                             TOTAL: 13
```