FILED
6/18/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAYMOND J. CIESLEWICZ, SR.
PAMELA CIESLEWICZ
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-24959 TPA

Chapter 13

Document No. 129

ORDER OF COURT

AND NOW, this 18th day of June, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   ~~(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code~~.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-24959-TPA
Raymond J. Cieslewicz, Sr.                                             Chapter 13
Pamela Cieslewicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut                Page 1 of 1              Date Rcvd: Jun 18, 2019
                                  Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db/jdb         +Raymond J. Cieslewicz, Sr.,    Pamela Cieslewicz,    2814 Milburn St.,
                 McKeesport, PA 15132-5929
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756481       +BANK OF AMERICA,    7105 CORPORATE DR,    PLANO, TX 75024-4100
13827305        Bank of America, N.A.,    450 American St.,    Simi Valley, CA 93065-6285
14899136       +CARRINGTON MORTGAGE SERVICES, LLC,    PO BOX 3730,    Anaheim, CA 92803-3730
13756482       +CITY OF MCKEESPORT,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13816496       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13756483       +MCKEESPORT SCHOOL DIST,    KEYSTONE MUNICIPAL COLLECTIONS,    C/O KRATZENBERG & LAZZARO,
                 546 WENDEL RD,    IRWIN, PA 15642-7539
13756484        MONEY STORE,    C/O HAYT HAYT & LANDAU,    400 MARKET SIXTH FL,    PHILADELPHIA, PA 19106-2513
13756485       +PHELAN HALLINAN LLP,    ONE PENN CENTER STE 1400,    1617 JOHN F KENNEDY BLVD,
                 PHILADELPHIA, PA 19103-1821
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13807073       +E-mail/Text: kburkley@bernsteinlaw.com Jun 19 2019 02:49:05     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV
cr              Bank of America, N.A.
                                                                                 TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stanley A. Kirshenbaum    on behalf of Debtor Raymond J. Cieslewicz, Sr. SAK@SAKLAW.COM
              Stanley A. Kirshenbaum    on behalf of Joint Debtor Pamela  Cieslewicz SAK@SAKLAW.COM
                                                                                              TOTAL: 13
```